| | |
|---|---|
| 1 | THORNTON DAVIDSON & ASSOCIATES |
|  | Thornton Davidson (SBN:166487) |
| 2 | 2055 San Joaquin Street |
|  | Fresno, California 93721 |
| 3 | Telephone: (559) 256-9800 |
|  | Facsimile: (559)256-9795 |
| 4 | Email: thorntondavidson@aol.com |
| 5 | Attorneys for Plaintiff |
|  | RICHARD SOLOMON |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
|  | Carolyn A. Knox (SBN 181317) |
| 8 | 560 Mission Street, Suite 3100 |
|  | San Francisco, California 94105 |
| 9 | Telephone: (415) 397-2823 |
|  | Facsimile: (415) 397-8549 |
| 10 | Email: cknox@seyfarth.com |
| 11 | Attorneys for Defendant |
|  | BECHTEL POWER CORPORATION GROUP |
| 12 | LONG TERM DISABILITY PLAN (CURRENTLY KNOWN AS |
|  | BECHTEL LONG TERM DISABILITY PLAN) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SOLOMON, | ) | Case No. C05-5002 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |
| BECHTEL POWER CORPORATION GROUP LONG TERM DISABILITY PLAN, | ) | |
| Defendant. | ) | |

Plaintiff RICHARD SOLOMON AND Defendant BECHTEL POWER CORPORATION GROUP LONG TERM DISABILITY PLAN ("PLAN") (currently known as BECHTEL LONG TERM DISABILITY PLAN) have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

1

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

Dated: June 21, 2006

THORNTON DAVIDSON & ASSOCIATES

By _____
Thornton Davidson
Attorneys for Plaintiff
RICHARD SOLOMON

Dated: June __, 2006

SEYFARTH SHAW LLP

By _____
Carolyn A. Knox
Attorneys for Defendant
BECHTEL POWER CORPORATION
LONG TERM DISABILITY PLAN
(CURRENTLY KNOWN AS BECHTEL
LONG TERM DISABILITY PLAN)

IT IS SO ORDERED.

DATED: 6/28/2006

_____
The Honorable Martin J. Jenkins
United States District Judge